# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT PHYSICIANS ASSOCIATES MEDICAL GROUP, INC., | Case No.  1:20-cv-00713-NONE-SAB |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| IRONSHORE SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

On May 21, 2020, Independent Physicians Associates Medical Group, Inc. ("Plaintiff") filed this action against Ironshore Specialty Insurance Company ("Defendant").  A scheduling conference was set for October 17, 2020.  Counsel James Lowe appeared for Plaintiff and counsel Jennifer Mathis and Michael Cassata appeared for Defendant.  The parties request that no scheduling order issue at this time and that a briefing schedule be set for motions for summary judgment to be filed.  The Court will issue a briefing schedule, however, no hearing on the motion will be set at this time and the matter will be deemed submitted upon the filing of or expiration of the deadline to file a reply brief, whichever occurs first.

Accordingly, IT IS HEREBY ORDERED that:

1. Any motion for summary judgment shall be filed on or before **March 19, 2021**;

2 Opposition to a filed motion for summary judgment shall be filed on or before

1

**April 19, 2021**;

3. Replies, if any, shall be filed on or before **May 3, 2021**; and

4. No hearing on the motion for summary judgment will be set at this time.

IT IS SO ORDERED.

Dated:   **November 17, 2020**

UNITED STATES MAGISTRATE JUDGE

2