# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT PHYSICIANS ASSOCIATES MEDICAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:20-cv-00713-NONE-SAB <br><br> ORDER GRANTING MOTION TO STAY MATTER TO COMPLETE ARBITRATION AND VACATING ALL PENDING DATES <br><br> (ECF No. 17) |

Plaintiff filed this action on May 21, 2020. (ECF No. 1.) On April 15, 2021, the parties filed a joint motion to stay this action to allow for the completion of arbitration. (ECF No. 17.) The parties proffer that they have reached an agreement to submit all disputed matters in this action to binding arbitration and anticipate the arbitration will be completed and a written decision issued by the Fall of 2021. (Id.) The parties' proposed order suggests that if the arbitration is not completed by September 30, 2021, the parties will submit a joint status report by such date. The Court finds good cause to grant the motion to stay this action.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' joint motion to stay this matter pending completion of arbitration (ECF No. 17) is GRANTED;
2. All pending dates in this matter are VACATED;
3. This matter is STAYED for the parties to complete arbitration; and
4. The parties shall either file an application for confirmation of the arbitrator's award, or a status report, on or before September 30, 2021.

IT IS SO ORDERED.

Dated:  **April 15, 2021**

UNITED STATES MAGISTRATE JUDGE