# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT PHYSICIANS ASSOCIATES MEDICAL GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.  1:20-cv-00713-NONE-SAB<br><br>ORDER CONTINUING STAY TO COMPLETE ARBITRATION<br><br>(ECF Nos. 18, 19) |

Plaintiff filed this action on May 21, 2020.  (ECF No. 1.)  On April 15, 2021, the parties filed a joint motion to stay this action to allow for the completion of arbitration.  (ECF No. 17.) The Court granted the parties' motion, vacated all pending deadlines, stayed the matter for the parties to complete arbitration, and ordered the parties to either file an application for confirmation of the arbitrator's award or a status report by September 30, 2021.  (ECF No. 18.)

On September 29, 2021, the parties filed a joint status report in which they reported that arbitration is ongoing, but they expect an interim order from the arbitrator by October 1, 2021, with additional orders to follow shortly thereafter.  (ECF No. 19.)  The parties further indicate that if the arbitration is not completed by December 31, 2021, the parties will submit a joint status report by such date.

1       Accordingly, IT IS HEREBY ORDERED that this matter shall continue to be STAYED for the parties to complete arbitration, and that the parties shall either file an application for confirmation of the arbitrator's award or a status report on or before December 31, 2021.

IT IS SO ORDERED.

Dated:   **September 30, 2021**

UNITED STATES MAGISTRATE JUDGE