# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT PHYSICIANS ASSOCIATES MEDICAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:20-cv-00713-NONE-SAB <br><br> ORDER CONTINUING STAY TO COMPLETE ARBITRATION <br><br> (ECF Nos. 18, 23) |

Plaintiff filed this action on May 21, 2020. (ECF No. 1.) On April 15, 2021, the parties filed a joint motion to stay this action to allow for the completion of arbitration. (ECF No. 17.) The Court granted the parties' motion, vacated all pending deadlines, stayed the matter for the parties to complete arbitration, and ordered the parties to either file an application for confirmation of the arbitrator's award or a status report by September 30, 2021. (ECF No. 18.) On September 30, 2021, the Court continued the stay of this matter following the filing of a status report. (ECF No. 21.) On December 28, 2021, the parties filed another status report proffering that the initial arbitration was held, that supplemental briefing has been provided to the arbitrator, and a further hearing is set for January 4, 2022. The parties anticipate a final award by April 29, 2022, and will file a status report by such date if it is not completed.

Accordingly, IT IS HEREBY ORDERED that this matter shall continue to be STAYED for the parties to complete arbitration, and that the parties shall either file an application for confirmation of the arbitrator's award or a status report on or before April 29, 2022.

IT IS SO ORDERED.

Dated:   **December 29, 2021**

UNITED STATES MAGISTRATE JUDGE