# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT PHYSICIANS ASSOCIATES MEDICAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:20-cv-00713-JLT-SAB <br><br> ORDER CONTINUING STAY TO COMPLETE ARBITRATION <br><br> (ECF Nos. 24, 27) |

Plaintiff filed this action on May 21, 2020. (ECF No. 1.) On April 15, 2021, the parties filed a joint motion to stay this action to allow for the completion of arbitration. (ECF No. 17.) The Court granted the parties' motion, vacated all pending deadlines, stayed the matter for the parties to complete arbitration, and ordered the parties to either file an application for confirmation of the arbitrator's award or a status report by September 30, 2021. (ECF No. 18.) On September 30, 2021, and December 29, 2021, the Court continued the stay of this matter following the filing of a status report detailing ongoing proceedings in arbitration. (ECF Nos. 21, 24.)

On April 28, 2022, the parties filed a joint status report in which they reported that arbitration is ongoing with respect to certain remaining issues in the case before arbitrator Peter Rosen of JAMS. (ECF No. 27.) The parties proffer supplementary briefing is to be filed by the

parties in May 2022 and they expect a final award to be issued within the next couple of months thereafter. The parties further indicate that if the arbitration is not completed by July 15, 2022, they will submit a joint status report by such date, and request the Court continue the stay on litigation. The Court finds good cause exists to grant the parties' joint request.

      Accordingly, IT IS HEREBY ORDERED that this matter shall continue to be STAYED for the parties to complete arbitration, and that the parties shall either file an application for confirmation of the arbitrator's award or a status report **on or before July 15, 2022**.

IT IS SO ORDERED.

Dated:   **April 29, 2022**

UNITED STATES MAGISTRATE JUDGE

2