# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT PHYSICIANS ASSOCIATES MEDICAL GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:20-cv-00713-JLT-SAB<br><br>ORDER CONTINUING STAY TO COMPLETE ARBITRATION<br><br>(ECF No. 31) |

Plaintiff filed this action on May 21, 2020. (ECF No. 1.) On April 15, 2021, the parties filed a joint motion to stay this action to allow for the completion of arbitration. (ECF No. 17.) The Court granted the parties' motion, vacated all pending deadlines, stayed the matter for the parties to complete arbitration, and ordered the parties to either file an application for confirmation of the arbitrator's award or a status report by September 30, 2021. (ECF No. 18.) On September 30, 2021, December 29, 2021, April 29, 2022, and July 6, 2022, the Court continued the stay of this matter following the filing of a status report detailing ongoing proceedings in arbitration. (ECF Nos. 21, 24, 28, 30.)

On September 27, 2022, the parties filed a joint status report in which they reported that arbitration is ongoing with respect to certain remaining issues in the case before arbitrator Peter

Rosen of JAMS. (ECF No. 31.) The parties proffer they have completed their arbitration briefing and the arbitrator has issued three interim orders concerning some matters and has directed the parties to meet and confer to resolve other matters. The parties further proffer a conference with the arbitrator is set for September 30, 2022, they anticipate a final arbitration award will be issued by December 30, 2022, and they request the Court continue the stay on litigation until that date. The Court finds good cause exists to grant the parties' joint request.

Accordingly, IT IS HEREBY ORDERED that this matter shall continue to be STAYED for the parties to complete arbitration and to permit time for the issuance of the arbitration award, and that the parties shall either file an application for confirmation of the arbitrator's award or a status report **on or before December 30, 2022**.

IT IS SO ORDERED.

Dated:   **September 28, 2022**

UNITED STATES MAGISTRATE JUDGE