# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT PHYSICIANS ASSOCIATES MEDICAL GROUP, INC., <br><br>Plaintiff, <br><br>v. <br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, <br><br>Defendant. | Case No. 1:20-cv-00713-JLT-SAB <br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT ON STATUS OF ARBITRATION <br><br>**FIVE DAY DEADLINE** |

Plaintiff Independent Physicians Associates Medical Group, Inc. ("Plaintiff") initiated this civil action against Defendant Ironshore Specialty Insurance Company on May 21, 2020. (ECF Nos. 1.) On April 15, 2021, the Court granted Defendant's motion to stay the matter to complete arbitration. (ECF No. 18.) The stay on the action has been continued multiple times, as the parties submitted status reports of the ongoing arbitration proceedings. (See ECF Nos. 19, 21, 23, 27, 29, 30, 21, 32, 33, 34.)

On March 21, 2023, the parties submitted a status report indicating arbitration has been ongoing, but they anticipated a final arbitration award to be issued before June 30, 2023. (ECF No. 34.) The parties also indicated they would submit a joint status report by that date if final arbitration was not completed. (Id.) As of July 5, 2023, it is unknown whether arbitration has been completed and no further status report has been filed.

1

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, the parties shall file a joint status report as to the status of arbitration. The parties are advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 5, 2023**

_____
UNITED STATES MAGISTRATE JUDGE