# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT PHYSICIANS ASSOCIATES MEDICAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:20-cv-00713-JLT-SAB <br><br> ORDER VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS <br><br> (ECF Nos. 35, 36) <br><br> **DEADLINE: AUGUST 7, 2023** |

Plaintiff Independent Physicians Associates Medical Group, Inc. ("Plaintiff") initiated this civil action against Defendant Ironshore Specialty Insurance Company on May 21, 2020. (ECF Nos. 1.) On April 15, 2021, the Court granted Defendant's motion to stay the matter to complete arbitration. (ECF No. 18.) The stay on the action has been continued multiple times, as the parties submitted status reports of the ongoing arbitration proceedings. (See ECF Nos. 19, 21, 23, 27, 29, 30, 21, 32, 33, 34.) On March 21, 2023, the parties submitted a status report indicating arbitration has been ongoing, but they anticipated a final arbitration award to be issued before June 30, 2023. (ECF No. 34.) The parties also indicated they would submit a joint status report by that date if final arbitration was not completed. (Id.) As of July 5, 2023, it was unknown whether arbitration has been completed and the Court ordered the parties to file a joint status report. (ECF No. 35.)

On July 7, 2023, the parties filed a status report indicating that the parties have been arbitrating this action; that the parties additionally recently attended a mediation; and that the parties settled the matter at the mediation. (ECF No. 36.) The parties expect to file a stipulation of dismissal within thirty (30) days. "Upon such notification of . . . resolution of an action . . . the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." L.R. 160(b). Based on the history of arbitration in this action, the Court finds good cause to set the deadline for dispositional documents thirty (30) days from the parties' filed notice.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and
2. The parties shall file dispositional documents **on or before August 7, 2023**.

IT IS SO ORDERED.

Dated:   **July 10, 2023**

UNITED STATES MAGISTRATE JUDGE